**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

Northern PCS Services, LLC,

        Plaintiff,                          Civil No. 05-2744 (RHK/RLE)

vs.                                             **ORDER**

Sprint Nextel Corporation, et al.,

        Defendants.

---

      This matter is venued in the Sixth Division.

      All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: October 2, 2006

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge