**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Northern PCS Services, LLC,

        Plaintiff,                       Civil No. 05-2744 (RHK/RLE)

vs.                                           **ORDER**

Sprint Nextel Corporation, et al.,

        Defendants.

---

      The hearing now scheduled for February 22, 2007 in Fergus Falls, Minnesota, is **CONTINUED** to Friday, March 9, 2007 at 9:00 a.m. in Courtroom No. 1, 180 East Fifth Street, St. Paul, Minnesota.

      The initial briefing schedules, which were based upon the February 22, 2007 hearing date, remain in effect.

Dated: February 7, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge