## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Northern PCS Services, LLC,

        Plaintiff,                                            Civil No. 05-2744 (RHK/RLE)

vs.                                                                 **ORDER**

Sprint Nextel Corporation, et al.,

        Defendants.

---

     This matter is now deemed ready for trial as of June 1, 2007. The Court's Order of February 8, 2007 (Doc. No. 90) is **VACATED**. A trial date and a revised schedule for submission of trial materials will issue following the Court's ruling with respect to Defendants' Motion for Summary Judgment and anticipated review of Judge Erickson's ruling with respect to trial by jury.

Dated: March 12, 2007

                                                              s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge