**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Northern PCS Services, LLC, | Civil File No. 05-2744 (RHK/RLE) |
| Plaintiff, | **ORDER** |
| v. | |
| Sprint Nextel Corporation f/k/a Sprint Corporation, Sprint Spectrum L.P., WirelessCo, L.P., Sprint Communications Company, L.P., and Nextel Communications, Inc., | |
| Defendants. | |

_____

Pursuant to the parties' Stipulation (Doc. No. 117), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE**.  Each party will bear its own costs.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated:  August 9, 2007

                                                              s/Richard H. Kyle
                                                             RICHARD H. KYLE
                                                            United States District Judge